AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __TENNESSEE__

UNITED STATES OF AMERICA
V.
DANIEL COWART
and
PAUL SCHLESSELMAN

**CRIMINAL COMPLAINT**

Case Number:

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __10/22/2008__ (Date) in __Crockett__ County, in the __Western__ District of __Tennessee__ defendant(s) did,

*(Track Statutory Language of Offense)*

possess an unregistered firearm; make a threat against a major candidate for the office of president; steal firearms from a Federal Firearm Licensee's inventory.

in violation of Title __26__ United States Code, Section(s) __5861(d); 18 U.S.C. 879 & 922u__.

I further state that I am a(n) __Special Agent, Bureau of ATF__ and that this complaint is based on the following facts:
Official Title

See attached affidavit.

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

Signature of Complainant

S/A Brian Weaks
Printed Name of Complainant

Sworn to before me and signed in my presence,

__10/24/08__          at   Jackson          TN
Date

J. Daniel Breen          U.S. District Judge
Name of Judge          Title of Judge

s/ J. Daniel Breen