PROB 12B
(9/17)

# United States District Court
## for the
## Western District of Tennessee
### Request for Modifying the Conditions or Term of Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Daniel Cowart                                    Docket No. 0651 1:08CR10119-001

Name of Sentencing Judicial Officer:   The Honorable J. Daniel Breen

Date of Original Sentence: 10/22/2008                               Type of Supervision:  Supervised Release

Original Offense:  Conspiracy; Transportation of an Unregistered Prohibited Firearm in Interstate Commerce; Aiding and Abetting; Transporting Firearms in Interstate Commerce with Intent to Commit a Felony Offense; Aiding and Abetting; Transporting a Short-Barreled Shotgun in Interstate Commerce; Aiding and Abetting; Possession of a Prohibited Firearm (Short-Barreled Shotgun); Aiding and Abetting; Threatening to Kill and/or Inflict Bodily Harm Upon a Major Candidate for President of the United States; Intentionally Damage, Deface, and/or Destroy Religious Real Property in or Affecting Interstate Commerce; Possession and Discharge of a Firearm During and in Relation to a Crime of Violence, to wit: Damage to Religious Property

Date Supervision Commenced:  09/26/2020

Date Supervision Expires:  09/25/2023

Original Sentence:  Total Prison Sentence: 168 Months
                    TSR: 3 years

---

## PETITIONING THE COURT

☐ To extend the term of supervision for __ years, for a total term of __ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

Prob 12B
RE: Cowart, Daniel
1:08CR10119-01

CAUSE

Due to Mr. Cowart's convictions, the above-referenced search condition serves the statutory sentencing purposes of deterrence, public protection, and rehabilitation. 18 U.S.C. § 3553(a)(2)(B)-(D). This condition allows the probation officer to promote public safety through effective oversight of higher risk offenders and by assisting with rehabilitation efforts. The condition may also deter criminal conduct and permit the probation officer to intervene quickly when reasonable suspicion exists that an offender has engaged in criminal conduct or otherwise violated a condition of supervision. This condition also enables the probation officer to satisfy the statutory requirements to: keep informed as to the conduct and condition of the offender; and aid the offender and bring about improvements in his conduct and condition. 18 U.S.C. §§ 3603(2) – (3). Mr. Cowart agrees to modify his conditions of supervised release as indicated by his signature on the attached waiver.

Respectfully submitted,

s/    Maggie Bible

U.S. Probation Officer

Approved:

s/ Mark Alan Escue                    November 4, 2020

Supervising U.S. Probation Officer    Date

**Prob 12B**
**RE: Cowart, Daniel**
**1:08CR10119-01**

---

## THE COURT ORDERS:

- ☐ No Action.
- ☐ The extension of supervision as noted above.
- ☒ The modification of conditions as noted above.
- ☐ Other

 

                                              **s/ J. DANIEL BREEN**

                                              Signature of Judicial Officer

                                              Date: November 5, 2020